IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**APPEAL NO. 14-1199**

_____

**SHIRLEY GREEN, et al.**

*Plaintiffs/Appellants*

v.

**WELLS FARGO BANK, N.A. et al**

*Defendant/Appellee*

_____

On Appeal from United States District Court
for the District of Maryland
Case No. 8:12-cv-01040 DKC

_____

**EMERGENCY MOTION FOR EXTENSION OF
TIME TO FILE APPELLEE'S RESPONSE BRIEF AND
MOTION TO SHORTEN TIME FOR APPELLANTS' RESPONSE**

Appellee Wells Fargo Bank, N.A. ("Wells Fargo"), by its undersigned counsel, and pursuant to Fed. R. App. Proc. 27 and 31(c) and Local Rule 27 and 31(c), respectfully moves for a 30-day extension, through and including June 18, 2014, to file its Response Brief.

This extension is necessary because the wife of Michael S. Barranco, attorney for Wells Fargo, suffered a traumatic medical emergency on May 9, 2014, and is currently

hospitalized and in critical condition at St. Joseph Medical Center in Baltimore. As a result, Mr. Barranco needs to be with his wife and is unable to timely complete and file Wells Fargo's response brief by the scheduled deadline of May 19, 2014. Because his wife's condition and recovery cannot be predicted at this time, a 30-day extension is necessary.

As reflected in the Affidavit of Virginia W. Barnhart, Mr. Barranco's law partner and a member of the Bar of this Court, (attached hereto as Exhibit A) two telephone messages were left on the telephone line of Appellants' counsel, Jason Ostendorf, requesting consent to this extension. In addition, an email requesting this extension (a copy of which is attached to Ms. Barnhart's Affidavit as Exhibit 1) was also sent to Mr. Ostendorf seeking consent to this extension by Virginia Barnhart. No response has been received to this email or to the telephone messages left for Mr. Ostendorf at this time. As a result, notice of the filing of this motion has been provided this date to Mr. Ostendorf via the email attached to Ms. Barnhart's Affidavit as Exhibit 2 and a copy of this motion has been sent by hand-delivery to his office.

Due to the emergent nature of this request and the limited time Mr. Barranco has to attend to matters other than his wife, Wells Fargo further moves to shorten the time for Mr. Ostendorf's response to this motion to 4:00 p.m. EST on May 16, 2014. If Mr. Ostendorf has not filed a response by that deadline, Wells Fargo requests that the extension requested herein be granted.

WHEREFORE, Appellee Wells Fargo respectfully requests the entry of the attached Order Extending Time to File Appellee's Response Brief to, and including, June

2

18, 2014, and the entry of the attached Order Shortening Time for Appellants' Opposition to this motion to 4:00 p.m. on May 16, 2014.

>/s/ Michael S. Barranco
>Michael S. Barranco
>Treanor Pope & Hughes, P.A.
>500 York Road
>Towson, Maryland  21204
>Tel: (410) 494-7777
>Fax: (410) 494-1658
>msbarranco@tph-law.com
>
>*Attorney for Appellee, Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of May, 2014, a copy of the foregoing Emergency Motion for Extension of Time to File Response Brief was filed electronically via CM/ECF and served by hand-delivery upon:

>Jason Ostendorf, Esquire
>Law Office of Jason Ostendorf LLC
>One Corporate Center, Suite 400
>10451 Mill Run Circle
>Baltimore, MD 21117

>/s/ Michael S. Barranco
>Michael S. Barranco